# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTY LEE PARTON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 7:20-cv-01499-ACA-GMB |
| CHAD GARRETT, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM OPINION

Christy Lee Parton filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking immediate release from Bureau of Prisons custody to allow her to quarantine at home. (Doc. 1). On July 27, 2021, the magistrate judge entered a report, recommending that the court dismiss the petition with prejudice because § 2241 does not provide the court with the authority to alter the location of Ms. Parton's confinement or otherwise provide her with the requested relief. (Doc. 5). Although the magistrate judge advised Ms. Parton of her right to file specific written objections within fourteen days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.

Accordingly, the court **DENIES** Ms. Parton's petition for a writ of habeas corpus and **WILL DISMISS** this case **WITH PREJUDICE.**

The court will enter a separate order consistent with this memorandum opinion.

**DONE** and **ORDERED** this August 19, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE